IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

MENOMINEE INDIAN TRIBE OF
WISCONSIN,

        Plaintiff,                  Case No. 09-C-496

    v.

THE UNITED STATES DEPARTMENT
OF THE INTERIOR, *et al.*

        Defendants.

**ORDER**

Before the Court is the parties' joint motion for temporary stay. Having considered the motion, and good cause being shown, the motion is hereby GRANTED.

The above-captioned action is hereby stayed up to and including July 22, 2011. On or before July 22, 2011, the parties will file a joint status report with the Court.

Dated this 5th day of July, 2011.

                                        s/ William C. Griesbach
                                        WILLIAM C. GRIESBACH
                                        United States District Judge