IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| MENOMINEE INDIAN TRIBE OF WISCONSIN, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* | ) ) ) ) |
| Defendants. | ) ) |

Case No. 09-C-496-WCG

**[PROPOSED] ORDER**

Before the Court is the parties' joint status report and motion to continue the present stay.

Having considered the motion, and good cause being shown, the motion is hereby GRANTED.

The above-captioned action is hereby stayed up to and including August 12, 2011.

SO ORDERED.

Date:_____

_____
WILLIAM C. GRIESBACH
United States District Judge