IN THE UNITED STATES THE DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| MENOMINEE INDIAN TRIBE OF WISCONSIN, ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES DEPARTMENT OF ) THE INTERIOR, et al., ) ) Defendants. ) ) ) | Case No. 1:09-cv-496-WCG |

## JOINT STATUS REPORT REGARDING SETTLEMENT

The above-captioned action had been stayed through August 12, 2011, to facilitate settlement discussions. *See* ECF No. 82. The parties requested that short additional stay to allow time for those in the federal government holding settlement authority to review and, if appropriate, approve a proposed settlement agreement. *See* ECF No. 81. The parties now file this joint status report to inform the Court that the settlement agreement between the parties has been approved. The parties will be filing with the Court a notice of voluntary dismissal of Plaintiff's claims pursuant to Federal Rule of Civil Procedure 41. Based upon the time necessary to formally enter and implement the terms of the agreement, undersigned counsel currently estimate that the Rule 41 dismissal will be filed no later than August 30, 2011.

1

Respectfully submitted this 15th day of August, 2011,

| | |
|---|---|
| IGNACIA S. MORENO<br>Assistant Attorney General<br><br>*s/ Kristofor R. Swanson*<br>TY BAIR (Idaho Bar No. 7973)<br>KRISTOFOR R. SWANSON<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, DC 20044-0663<br>Tel: 202-307-3316<br>Fax: 202-353-2021<br>tyler.bair@usdoj.gov<br>kristofor.swanson@usdoj.gov<br><br>JAMES L. SANTELLE<br>United States Attorney<br><br>BRIAN E. PAWLAK<br>Bar Number: 1009916<br>Assistant United States Attorney<br>Eastern District of Wisconsin<br>517 East Wisconsin Avenue, Room 530<br>Milwaukee, Wisconsin 53202<br>Telephone: (414) 297-1083<br>Fax: (414) 297-1738<br>E-Mail: Brian.Pawlak@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>OF COUNSEL:<br>DOUGLAS WOLF<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Washington, DC | /s/ *Rory E. Dilweg*<br>Rory E. Dilweg (Bar No. 1025269)<br>Tilden McCoy + Dilweg LLP<br>515 S. Flower St., 36th Flr.<br>Los Angeles, CA 90071<br>213-915-4172<br>Email: rdilweg@tildenmccoy.com<br><br>*Counsel of record for Plaintiff*<br><br>Michael L. Roy (D.C. Bar No. 411841)<br>mroy@hobbsstraus.com<br>Elliott A. Milhollin<br>emilhollin@hobbsstraus.com<br>Hobbs, Straus Dean & Walker, LLP<br>2120 L Street, N.W. Suite 700<br>Washington, D.C. 20037<br>(202) 822-8282<br><br>*Counsel for Plaintiff*<br><br>*Of counsel:*<br>Jerry C. Straus<br>Hobbs, Straus Dean & Walker, LLP<br>2120 L Street, N.W. Suite 700<br>Washington, D.C. 20037<br>(202) 822-8282<br>jstraus@hobbsstraus.com<br><br>John Wilhelmi<br>Menominee Indian Tribe of Wisconsin<br>P.O. Box 910<br>Keshena, WI 54135<br>(608) 630-7420<br>jwilhelmi@frontier.com |